UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DESIREE JOHNSON,

                Plaintiff,

-against-                      24-cv-8615 (KMW)

WILLIAM PELHAM BARR; UNITED      CIVIL JUDGMENT
STATES SPEAKER OR REPRESENTATIVE
FOR ORIGINAL CASE,

                Defendants.

For the reasons stated in the June 3, 2025, order, the complaint, filed IFP under 28 U.S.C. § 1915(a), is dismissed as frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    June 4, 2025
             New York, New York

                                                  /s/ Kimba M. Wood
                                                   KIMBA M. WOOD
                                             United States District Judge